VanCise Auto Body & Repair
January to August
2017

| | | |
|---|---|---:|
| Owner's Pay & Personal Expense | $ | 10,508.46 |
| | | |
| J. VanCise Pay | $ | 7,839.31 |
| M. VanCise Pay | $ | 2,627.12 |
| J. Orr Pay | $ | 42.03 |
| | $ | 10,508.46 |