| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Cloid J. Vancise** | Social Security number or ITIN | xxx–xx–7988 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Melissa M. Vancise** | Social Security number or ITIN | xxx–xx–0700 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13**   7/26/17 | |
| Case number:   **17–10782–TPA** | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                                        12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Cloid J. Vancise | Melissa M. Vancise |
| 2. | **All other names used in the last 8 years** | aka Jim VanCise | aka Melissa Hoag |
| 3. | **Address** | 5236 Beaver Street<br>Springboro, PA 16435 | 5236 Beaver Street<br>Springboro, PA 16435 |
| 4. | **Debtor's attorney**<br>Name and address | John E. Nagurney<br>Attorney Nagurney Cottage<br>12063 Midway Drive<br>Conneaut Lake, PA 16316 | Contact phone 814–382–3328 |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566 |
| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 814–464–9740<br>Date: 9/1/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | | |

**For more information, see page 2**

Debtor  **Cloid J. Vancise**  and  **Melissa M. Vancise**                                                                                    Case number **17–10782–TPA**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | **October 3, 2017 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/4/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/1/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/22/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan, a copy of which is enclosed. An initial hearing on confirmation of the plan will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors. Objections to the plan must be filed 7 days prior to the first date set for the meeting of creditors. Objections to holding the initial confirmation hearing immediately following the meeting of creditors must be filed 14 days prior to the first date set for the meeting of creditors. Any party filing an objection to the plan and/or the holding of an initial confirmation hearing immediately following the meeting of creditors must appear in person at the meeting of creditors.<br><br>Any continuance will be announced at the initial hearing. No other notice will be given. Parties must check the docket to ascertain the continued hearing date, time and location. Debtors and their counsel must attend.<br><br>The hearing on confirmation will be held on:<br>**10/3/17** at **02:00 PM**, Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. The debtor is required to timely make all payments to the trustee. The first payment is due (30) days after the Chapter 13 Plan has been filed. Any failure to make preconfirmation payments to the trustee may result in the dismissal of the case on the trustee's written or oral motion made prior to or at the plan confirmation hearing. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-10782-TPA
Cloid J. Vancise                                                      Chapter 13
Melissa M. Vancise
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam              Page 1 of 2            Date Rcvd: Sep 01, 2017
                              Form ID: 309I           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2017.
```
db/jdb         +Cloid J. Vancise,    Melissa M. Vancise,    5236 Beaver Street,    Springboro, PA 16435-4440
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14682906       +Bayview Nephrology,    350 E. Bayfront Pkwy,    Unit C,    Erie  PA 16507-2410
14682907       +Bizfi Funding aka Merchant,    Cash and Capital LLC,    460 Park Ave. South - 10th floor,
                 New York, NY 10016-7470
14665785       +Coml Accept,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
14665788       +Fedloan,    Po Box 60610,    Harrisburg, PA 17106-0610
14665789       +First Data,    265 Broad Hollow R,    Melville, NY 11747-4833
14665790       +Fnb Cons Disc Co,    908 Park Ave,    Meadville, PA 16335-3331
14682915       +Mantis Funding, LLC,    64 Beaver Street Suite 244,    New York, NY 10004-2508
14682917       +Northwest Bank Retail Servicing,    PO Box 3001,    Warren, PA 16365-1101
14665793       +Northwest Consumer Dis,    3307 Liberty St,    Erie, PA 16508-2558
14665796       +PNC Bank, National Association,    3232 Newmark Dr.,    Miamisburg, OH 45342-5421
14665797       +PNC Mortgage,    PO Box 1820,    Dayton, Ohio 45401-1820
14666372       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14665794       +Penelec,    PO Box 16001,    Reading PA 19612-6001
14665795       +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14682925       +Yellowstone Capital LLC,    30 Broad Street, Suite 1462,    New York, NY 10004-2304
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: courtnagurney@zoominternet.net Sep 02 2017 01:51:54      John E. Nagurney,
                 Attorney Nagurney Cottage,    12063 Midway Drive,    Conneaut Lake, PA  16316
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 02 2017 01:52:21      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 02 2017 01:52:34
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14665786       +EDI: CONVERGENT.COM Sep 02 2017 01:38:00      Convergent Outsourcing,    800 Sw 39th St,
                 Renton, WA 98057-4975
14665787       +EDI: DCI.COM Sep 02 2017 01:38:00      Diversified Consultant,    10550 Deerwood Park Blvd,
                 Jacksonville, FL 32256-0596
14665791       +EDI: RESURGENT.COM Sep 02 2017 01:38:00      Lvnv Funding Llc,    Po Box 10497,
                 Greenville, SC 29603-0497
14665792       +E-mail/Text: bankruptcy@matcotools.com Sep 02 2017 01:53:04      Matco Tools,    4403 Allen Rd,
                 Stow, OH 44224-1096
14673014       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 02 2017 01:52:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14665798       +EDI: PRA.COM Sep 02 2017 01:38:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
14670994        EDI: WFFC.COM Sep 02 2017 01:38:00      Wells Fargo Bank N.A.,,
                 d/b/a Wells Fargo Dealer Services,    PO Box 19657,    Irvine, CA 92623-9657
14665799       +EDI: WFFC.COM Sep 02 2017 01:38:00      Wfds,    Po Box 1697,    Winterville, NC 28590-1697
14665800       +E-mail/Text: collections@widgetfinancial.com Sep 02 2017 01:52:35      Widget Financial,
                 2154 E Lake Rd,    Erie, PA 16511-1140
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14682908*      +Coml Accept,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
14682909*      +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
14682910*      +Diversified Consultant,    10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
14682911*      +Fedloan,    Po Box 60610,    Harrisburg, PA 17106-0610
14682912*      +First Data,    265 Broad Hollow R,    Melville, NY 11747-4833
14682913*      +Fnb Cons Disc Co,    908 Park Ave,    Meadville, PA 16335-3331
14682914*      +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
14682916*      +Matco Tools,    4403 Allen Rd,    Stow, OH 44224-1096
14682920*      +PNC Bank, National Association,    3232 Newmark Dr.,    Miamisburg, OH 45342-5421
14682921*      +PNC Mortgage,    PO Box 1820,    Dayton, Ohio 45401-1820
14682918*      +Penelec,    PO Box 16001,    Reading PA 19612-6001
14682919*      +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14682922*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14682923*      +Wfds,    Po Box 1697,    Winterville, NC 28590-1697
14682924*      +Widget Financial,    2154 E Lake Rd,    Erie, PA 16511-1140
                                                                                   TOTALS: 1, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-1          User: dkam              Page 2 of 2                   Date Rcvd: Sep 01, 2017
                              Form ID: 309I           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2017 at the address(es) listed below:
```
              James    Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              John E. Nagurney    on behalf of Joint Debtor Melissa M. Vancise courtnagurney@zoominternet.net
              John E. Nagurney    on behalf of Debtor Cloid J. Vancise courtnagurney@zoominternet.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```