FILED
9/1/17 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Cloid J. Vancise | : | Bankruptcy No. 17-10782 |
| Melissa M. Vancise | : | |
| Debtors | : | |
| | : | Chapter   13 |
| Cloid J. Vancise & Melissa M. Vancise | : | |
| Movants | : | |
| | : | Related to Document No.   12 |
| v. | : | |
| | : | |
| No Respondent | : | |

### Order Vacating Dismissal of this Chapter 13 Bankruptcy Case

WHEREAS, Debtors, through their counsel, John E.Nagurney, Esq., have requested reconsideration of an Order dated August 10, 2017 Dismissing this case;

Counsel has represented that the case documents are complete and will be filed on August 28, 2017.

NOW THEREFORE, the prior Order is Reconsidered, the Dismissal of this case is Vacated, and this filing shall be completed on August 28, 2017.    The bankruptcy is reinstated.

Dated: September 1, 2017

By the Court

_____
Thomas P. Agresti, Judge    ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 17-10782-TPA
Cloid J. Vancise                                                       Chapter 13
Melissa M. Vancise
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam                    Page 1 of 2                     Date Rcvd: Sep 01, 2017
                              Form ID: pdf900               Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2017.
```
db/jdb         +Cloid J. Vancise,    Melissa M. Vancise,    5236 Beaver Street,    Springboro, PA 16435-4440
14682906       +Bayview Nephrology,    350 E. Bayfront Pkwy, Unit C,    Erie PA 16507-2410
14682907       +Bizfi Funding aka Merchant,    Cash and Capital LLC,    460 Park Ave. South - 10th floor,
                 New York, NY 10016-7470
14665785       +Coml Accept,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
14665786       +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
14665788       +Fedloan,    Po Box 60610,    Harrisburg, PA 17106-0610
14665789       +First Data,    265 Broad Hollow R,    Melville, NY 11747-4833
14665790       +Fnb Cons Disc Co,    908 Park Ave,    Meadville, PA 16335-3331
14682915       +Mantis Funding, LLC,    64 Beaver Street Suite 244,    New York, NY 10004-2508
14682917       +Northwest Bank Retail Servicing,    PO Box 3001,    Warren, PA 16365-1101
14665793       +Northwest Consumer Dis,    3307 Liberty St,    Erie, PA 16508-2558
14665796       +PNC Bank, National Association,    3232 Newmark Dr.,    Miamisburg, OH 45342-5421
14665797       +PNC Mortgage,    PO Box 1820,    Dayton, Ohio 45401-1820
14666372       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14665794       +Penelec,    PO Box 16001,    Reading PA 19612-6001
14665795       +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14670994        Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                 Irvine, CA 92623-9657
14665799       +Wfds,    Po Box 1697,    Winterville, NC 28590-1697
14682925       +Yellowstone Capital LLC,    30 Broad Street, Suite 1462,    New York, NY 10004-2304
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14665787       +E-mail/Text: bankruptcynotices@dcicollect.com Sep 02 2017 01:52:52      Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
14665791       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 02 2017 01:58:28      Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
14665792       +E-mail/Text: bankruptcy@matcotools.com Sep 02 2017 01:53:05      Matco Tools,    4403 Allen Rd,
                 Stow, OH 44224-1096
14673014       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 02 2017 01:52:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14665798       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 02 2017 01:58:37
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14665800       +E-mail/Text: collections@widgetfinancial.com Sep 02 2017 01:52:35      Widget Financial,
                 2154 E Lake Rd,    Erie, PA 16511-1140
                                                                                              TOTAL: 6
```
```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14682908*      +Coml Accept,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
14682909*      +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
14682910*      +Diversified Consultant,    10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
14682911*      +Fedloan,    Po Box 60610,    Harrisburg, PA 17106-0610
14682912*      +First Data,    265 Broad Hollow R,    Melville, NY 11747-4833
14682913*      +Fnb Cons Disc Co,    908 Park Ave,    Meadville, PA 16335-3331
14682914*      +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
14682916*      +Matco Tools,    4403 Allen Rd,    Stow, OH 44224-1096
14682920*      +PNC Bank, National Association,    3232 Newmark Dr.,    Miamisburg, OH 45342-5421
14682921*      +PNC Mortgage,    PO Box 1820,    Dayton, Ohio 45401-1820
14682918*      +Penelec,    PO Box 16001,    Reading PA 19612-6001
14682919*      +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14682922*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14682923*      +Wfds,    Po Box 1697,    Winterville, NC 28590-1697
14682924*      +Widget Financial,    2154 E Lake Rd,    Erie, PA 16511-1140
                                                                                   TOTALS: 1, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1          User: dkam                 Page 2 of 2              Date Rcvd: Sep 01, 2017
                              Form ID: pdf900            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2017 at the address(es) listed below:
```
          James   Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          John E. Nagurney    on behalf of Joint Debtor Melissa M. Vancise courtnagurney@zoominternet.net
          John E. Nagurney    on behalf of Debtor Cloid J. Vancise courtnagurney@zoominternet.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```