Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Cloid J. Vancise
aka Jim VanCise
Melissa M. Vancise
aka Melissa Hoag**
  Debtor(s)

Bankruptcy Case No.: 17−10782−TPA
Related to Docket No. 32
Chapter: 13
Docket No.: 34 − 32
Concil. Conf.: November 13, 2018 at 10:00 AM

## ORDER

   **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

   **IT IS HEREBY ORDERED** that, on or before **October 9, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

   1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

   2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

   **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

   On or before **October 18, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

   On **November 13, 2018** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

   If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

   This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 23, 2018

cm: All Creditors and Parties In Interest

/s/ Thomas P. Agresti
Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

```
United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-10782-TPA
Cloid J. Vancise                                                      Chapter 13
Melissa M. Vancise
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: lmar                Page 1 of 2              Date Rcvd: Aug 23, 2018
                              Form ID: 213              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
db/jdb         +Cloid J. Vancise,    Melissa M. Vancise,    5236 Beaver Street,    Springboro, PA 16435-4440
14682906       +Bayview Nephrology,    350 E. Bayfront Pkwy, Unit C,    Erie PA 16507-2410
14682907       +Bizfi Funding aka Merchant,    Cash and Capital LLC,    460 Park Ave. South - 10th floor,
                 New York, NY 10016-7470
14665785       +Coml Accept,    2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
14665786       +Convergent Outsourcing,    800 Sw 39th St,   Renton, WA 98057-4975
14665788       +Fedloan,    Po Box 60610,   Harrisburg, PA 17106-0610
14665789       +First Data,   265 Broad Hollow R,    Melville, NY 11747-4833
14665790       +Fnb Cons Disc Co,    908 Park Ave,   Meadville, PA 16335-3331
14738679      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,     ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
14682917       +Northwest Bank Retail Servicing,    PO Box 3001,   Warren, PA 16365-1101
14665796       +PNC Bank, National Association,    3232 Newmark Dr.,   Miamisburg, OH 45342-5421
14665797       +PNC Mortgage,    PO Box 1820,   Dayton, Ohio 45401-1820
14665794       +Penelec,   c/o FirstEnergy,    Building #1, Suite 1-511,   101 Crawford's Corner,
                 Holmdel, NJ 07733-1976
14682918       +Penelec,   PO Box 16001,    Reading PA 19612-6001
14665795      #+Penn Credit,    916 S 14th St,   Harrisburg, PA 17104-3425
14899658       +U.S. Bank National Association, Trustee,    for the RMAC Trust, Series 2016-CTT,
                 c/o Rushmore Loan Management Services,    PO Box 52708,   Irvine, CA 92619-2708
14755690        US Department of Education,    PO Box 16448,   Saint Paul, MN 55116-0448
14670994        Wells Fargo Bank N.A.,,   d/b/a Wells Fargo Dealer Services,     PO Box 19657,
                 Irvine, CA 92623-9657
14665799       +Wfds,    Po Box 1697,   Winterville, NC 28590-1697
14682925       +Yellowstone Capital LLC,    30 Broad Street, Suite 1462,    New York, NY 10004-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14665787       +E-mail/Text: bankruptcynotices@dcicollect.com Aug 24 2018 01:42:45     Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
14665791       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2018 01:49:55     Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
14682915       +E-mail/Text: n.gong@mantisfunding.com Aug 24 2018 01:41:35     Mantis Funding, LLC,
                 64 Beaver Street Suite 244,    New York, NY 10004-2508
14665792       +E-mail/Text: bankruptcy@matcotools.com Aug 24 2018 01:43:09     Matco Tools,   4403 Allen Rd,
                 Stow, OH 44224-1096
14666372        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2018 01:50:00
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14673014        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2018 01:42:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14665798        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2018 01:50:52
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14665800       +E-mail/Text: collections@widgetfinancial.com Aug 24 2018 01:42:18     Widget Financial,
                 2154 E Lake Rd,    Erie, PA 16511-1140
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr              U.S. Bank National Association, not in its individ
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14682908*      +Coml Accept,    2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
14682909*      +Convergent Outsourcing,    800 Sw 39th St,   Renton, WA 98057-4975
14682910*      +Diversified Consultant,    10550 Deerwood Park Blvd,   Jacksonville, FL 32256-0596
14682911*      +Fedloan,    Po Box 60610,   Harrisburg, PA 17106-0610
14682912*      +First Data,   265 Broad Hollow R,    Melville, NY 11747-4833
14682913*      +Fnb Cons Disc Co,    908 Park Ave,   Meadville, PA 16335-3331
14682914*      +Lvnv Funding Llc,    Po Box 10497,   Greenville, SC 29603-0497
14682916*      +Matco Tools,    4403 Allen Rd,   Stow, OH 44224-1096
14682920*      +PNC Bank, National Association,    3232 Newmark Dr.,   Miamisburg, OH 45342-5421
14682921*      +PNC Mortgage,    PO Box 1820,   Dayton, Ohio 45401-1820
14682919*      +Penn Credit,    916 S 14th St,   Harrisburg, PA 17104-3425
14682922*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14682923*      +Wfds,    Po Box 1697,   Winterville, NC 28590-1697
14682924*      +Widget Financial,    2154 E Lake Rd,   Erie, PA 16511-1140
14665793      ##+Northwest Consumer Dis,    3307 Liberty St,   Erie, PA 16508-2558
                                                                                 TOTALS: 2, * 15, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-1           User: lmar              Page 2 of 2              Date Rcvd: Aug 23, 2018
                               Form ID: 213            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT
               bk@romanogarubo.com
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              John E. Nagurney    on behalf of Joint Debtor Melissa M. Vancise courtnagurney@zoominternet.net
              John E. Nagurney    on behalf of Debtor Cloid J. Vancise courtnagurney@zoominternet.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```