Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Cloid J. Vancise** | : | Case No. 17–10782–TPA |
| **aka Jim VanCise** | : | Chapter: 13 |
| **Melissa M. Vancise** | : | |
| **aka Melissa Hoag** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

*AND NOW,* this ***The 11th of October, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above–captioned case is **DISMISSED, *without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-10782-TPA
Cloid J. Vancise                                                      Chapter 13
Melissa M. Vancise
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar                Page 1 of 2               Date Rcvd: Oct 11, 2018
                              Form ID: 309              Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
```
db/jdb         +Cloid J. Vancise,   Melissa M. Vancise,    5236 Beaver Street,   Springboro, PA 16435-4440
14682906       +Bayview Nephrology,   350 E. Bayfront Pkwy, Unit C,   Erie  PA 16507-2410
14682907       +Bizfi Funding aka Merchant,   Cash and Capital LLC,   460 Park Ave. South - 10th floor,
                 New York, NY 10016-7470
14665785       +Coml Accept,   2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
14665788       +Fedloan,   Po Box 60610,   Harrisburg, PA 17106-0610
14665789       +First Data,   265 Broad Hollow R,   Melville, NY 11747-4833
14665790       +Fnb Cons Disc Co,   908 Park Ave,   Meadville, PA 16335-3331
14738679      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage LLC,   ATTN: Bankruptcy Department,
                 P.O. Box 619096,   Dallas, TX 75261-9741)
14682917       +Northwest Bank Retail Servicing,   PO Box 3001,   Warren, PA 16365-1101
14665796       +PNC Bank, National Association,   3232 Newmark Dr.,   Miamisburg, OH 45342-5421
14665797       +PNC Mortgage,   PO Box 1820,   Dayton, Ohio 45401-1820
14665794       +Penelec,   c/o FirstEnergy,   Building #1, Suite 1-511,   101 Crawford's Corner,
                 Holmdel, NJ 07733-1976
14682918       +Penelec,   PO Box 16001,   Reading PA 19612-6001
14665795       #+Penn Credit,   916 S 14th St,   Harrisburg, PA 17104-3425
14899658       +U.S. Bank National Association, Trustee,   for the RMAC Trust, Series 2016-CTT,
                 c/o Rushmore Loan Management Services,   PO Box 52708,   Irvine, CA 92619-2708
14682925       +Yellowstone Capital LLC,   30 Broad Street, Suite 1462,   New York, NY 10004-2304
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14665786       +EDI: CONVERGENT.COM Oct 12 2018 06:23:00      Convergent Outsourcing,   800 Sw 39th St,
                 Renton, WA 98057-4975
14665787       +EDI: DCI.COM Oct 12 2018 06:23:00      Diversified Consultant,   10550 Deerwood Park Blvd,
                 Jacksonville, FL 32256-0596
14665791       +EDI: RESURGENT.COM Oct 12 2018 06:23:00      Lvnv Funding Llc,   Po Box 10497,
                 Greenville, SC 29603-0497
14682915       +E-mail/Text: n.gong@mantisfunding.com Oct 12 2018 02:33:44      Mantis Funding, LLC,
                 64 Beaver Street Suite 244,   New York, NY 10004-2508
14665792       +E-mail/Text: bankruptcy@matcotools.com Oct 12 2018 02:35:35      Matco Tools,   4403 Allen Rd,
                 Stow, OH 44224-1096
14666372       +EDI: PRA.COM Oct 12 2018 06:23:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14673014       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2018 02:34:25
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14665798       +EDI: PRA.COM Oct 12 2018 06:23:00      Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
14755690        EDI: ECMC.COM Oct 12 2018 06:23:00      US Department of Education,   PO Box 16448,
                 Saint Paul, MN 55116-0448
14670994        EDI: WFFC.COM Oct 12 2018 06:23:00      Wells Fargo Bank N.A.,,
                 d/b/a Wells Fargo Dealer Services,   PO Box 19657,   Irvine, CA 92623-9657
14665799       +EDI: WFFC.COM Oct 12 2018 06:23:00      Wfds,   Po Box 1697,   Winterville, NC 28590-1697
14665800       +E-mail/Text: collections@widgetfinancial.com Oct 12 2018 02:34:39      Widget Financial,
                 2154 E Lake Rd,   Erie, PA 16511-1140
                                                                                              TOTAL: 12
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             NATIONSTAR MORTGAGE LLC
cr             U.S. Bank National Association, not in its individ
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14682908*     +Coml Accept,   2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
14682909*     +Convergent Outsourcing,   800 Sw 39th St,   Renton, WA 98057-4975
14682910*     +Diversified Consultant,   10550 Deerwood Park Blvd,   Jacksonville, FL 32256-0596
14682911*     +Fedloan,   Po Box 60610,   Harrisburg, PA 17106-0610
14682912*     +First Data,   265 Broad Hollow R,   Melville, NY 11747-4833
14682913*     +Fnb Cons Disc Co,   908 Park Ave,   Meadville, PA 16335-3331
14682914*     +Lvnv Funding Llc,   Po Box 10497,   Greenville, SC 29603-0497
14682916*     +Matco Tools,   4403 Allen Rd,   Stow, OH 44224-1096
14682920*     +PNC Bank, National Association,   3232 Newmark Dr.,   Miamisburg, OH 45342-5421
14682921*     +PNC Mortgage,   PO Box 1820,   Dayton, Ohio 45401-1820
14682919*     +Penn Credit,   916 S 14th St,   Harrisburg, PA 17104-3425
14682922*     +Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14682923*     +Wfds,   Po Box 1697,   Winterville, NC 28590-1697
14682924*     +Widget Financial,   2154 E Lake Rd,   Erie, PA 16511-1140
```

```
District/off: 0315-1           User: jmar                Page 2 of 2                  Date Rcvd: Oct 11, 2018
                               Form ID: 309              Total Noticed: 28
```

14665793     ##+Northwest Consumer Dis,   3307 Liberty St,   Erie, PA 16508-2558

TOTALS: 2, * 15, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT
               bk@romanogarubo.com
              James   Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              John E. Nagurney     on behalf of Joint Debtor Melissa M. Vancise courtnagurney@zoominternet.net
              John E. Nagurney     on behalf of Debtor Cloid J. Vancise courtnagurney@zoominternet.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

TOTAL: 6