**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CLOID J. VANCISE
MELISSA M. VANCISE
         Debtor(s)

Ronda J. Winnecour
         Movant
      vs.
No Respondents.

Case No.:17-10782 TPA

Document No.:

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 07/26/2017  and confirmed on 10/04/2017 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,660.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,660.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,167.15 | |
| Trustee Fee | 204.12 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,371.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| US BANK NA - TRUSTEE RMAC TRUST SEI | 0.00 | 2,258.47 | 0.00 | 2,258.47 |
| Acct: 1607 | | | | |
| US BANK NA - TRUSTEE RMAC TRUST SEI | 5,037.95 | 0.00 | 0.00 | 0.00 |
| Acct: 1607 | | | | |
| MATCO TOOLS | 7,500.00 | 282.75 | 398.87 | 681.62 |
| Acct: 0666 | | | | |
| FNB CONSUMER DISCOUNT CO | 1,400.00 | 348.64 | 0.00 | 348.64 |
| Acct: 8001 | | | | |
| | | | | 3,288.73 |
| Priority | | | | |
| JOHN E NAGURNEY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLOID J. VANCISE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN E NAGURNEY ESQ | 3,750.00 | 1,167.15 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 479.24 | 0.00 | 0.00 | 0.00 |
| Acct: 9811 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| RENT A CENTER | 900.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | |
| *** N O N E *** | | | | |
| **Unsecured** | | | | |
| WELLS FARGO BANK NA D/B/A WELLS FA | 6,272.16 | 0.00 | 0.00 | 0.00 |
| Acct: 4910 | | | | |
| PA DEPARTMENT OF REVENUE* | 85.12 | 0.00 | 0.00 | 0.00 |
| Acct: 9811 | | | | |
| BAYVIEW NEPHROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BIZFI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMMERCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: NHQL | | | | |
| CONVERGENT OUTSOURCING INCORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1508 | | | | |
| DIVERSIFIED CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4907 | | | | |
| US DEPARTMENT OF EDUCATION** | 4,251.41 | 0.00 | 0.00 | 0.00 |
| Acct: 0700 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| FIRST DATA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| FIRST DATA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7000 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2479 | | | | |
| MANITS FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORTHWEST BANK* | 4,803.10 | 0.00 | 0.00 | 0.00 |
| Acct: 2094 | | | | |
| PENELEC/FIRST ENERGY** | 2,584.25 | 0.00 | 0.00 | 0.00 |
| Acct: 8406 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5750 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2111 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9426 | | | | |
| WIDGET FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0009 | | | | |
| YELLOWSTONE CAPITAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MATCO TOOLS | 5,938.50 | 0.00 | 0.00 | 0.00 |
| Acct: 0666 | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| *** N O N E *** | | | | |

TOTAL PAID TO CREDITORS                                                                                   3,288.73

17-10782 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | Page 3 of 3

TOTAL CLAIMED
PRIORITY            1,379.24
SECURED            13,937.95
UNSECURED          23.934.54

Date: 11/06/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com